DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT R. PRONDZINSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00201 AWI |
| Plaintiff, | STIPULATION TO CONTINUE DEFENDANT'S SURRENDER DATE; ORDER |
| v. | |
| ROBERT R. PRONDZINSKI, | Dept : Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the surrender date of Mr. Robert Prondzinski may be extended by one month from February 1, 2012 to **March 1, 2012 before 2:00 p.m.**

The parties agree to this extension because they are informed by the Office of the United States Marshals that the Bureau of Prisons needs additional time in order to place Mr. Prondzinski in a facility that meets with his medical needs. All other conditions of Mr. Prondzinski's release shall remain in effect.

///

///

///

///

///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 27, 2012 | /s/ Henry Z. Carbajal<br>HENRY Z. CARBAJAL, III<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 27, 2012 | /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Robert R. Prondzinski |

**O R D E R**

**IT IS SO ORDERED**. Robert Prondzinski's surrender date is extended one month. Mr. Prondzinski shall surrender for service of his sentence at the institution designated by the United States Bureau of Prisons before 2:00 p.m. on March 1, 2012. All other conditions of his release shall remain in effect.

IT IS SO ORDERED.

Dated: January 30, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE